THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. JAMES E. TAYLOR, Defendant-Appellant.

(No. 74-267; )

Second District (1st Division)—April 30, 1975.

Opinion by Mr. PRESIDING JUSTICE SEIDENFELD.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

William E. Sisler, State's Attorney, of Freeport (Edward N. Morris, of Illinois State's Attorneys Association, of counsel), for the People.